1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN D. PEEVY, | ) 1:03-cv-06871-LJO-TAG HC |
| | ) |
| Petitioner, | ) ORDER ADOPTING FINDINGS AND ) RECOMMENDATION (Doc. 32) |
| | ) |
| v. | ) ORDER DISMISSING SECOND AMENDED ) PETITION FOR WRIT OF HABEAS CORPUS ) (Doc. 21) |
| BILL LOCKYER, et al., | ) |
| | ) ORDER DIRECTING CLERK OF COURT ) TO ENTER JUDGMENT |
| Respondents. | ) |
| | ) |

On December 8, 2003, Petitioner filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 in this Court. (Doc. 1). On February 7, 2005, Petitioner filed a Second Amended Petition. (Doc. 21).

On September 21, 2007, the Magistrate Judge assigned to the case filed Findings and Recommendation recommending the petition for writ of habeas corpus be denied on the merits. (Doc. 32). This Findings and Recommendation was served on all parties and contained notice that any objections were to be filed within twenty days from the date of service of that order. To date, the parties have not filed timely objections to the Findings and Recommendation.

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C), this Court has conducted

1

1   a *de novo* review of the case.  Having carefully reviewed the entire file, the Court concludes that

2   the Magistrate Judge's Findings and Recommendation is supported by the record and proper

3   analysis.

4         Accordingly, IT IS HEREBY ORDERED that:

5         1.      The Findings and Recommendation, filed September 21, 2007 (Doc. 32), is

6                 ADOPTED IN FULL;

7         2.      The second amended petition for writ of habeas corpus (Doc. 21), is DENIED

8                 with prejudice; and

9         3.      The Clerk of Court is DIRECTED to ENTER JUDGMENT and close the file.

10        This order terminates the action in its entirety.

11  IT IS SO ORDERED.

12  **Dated:    October 18, 2007**              **/s/ Lawrence J. O'Neill**
                                            UNITED STATES DISTRICT JUDGE

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28